<u>9:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>THURSDAY, JANUARY 12, 2023</u>

<u>Coram</u>: JORDAN, PHIPPS and ROTH, Circuit Judges

<u>No. 21-3269</u>

ESTATE OF RONALD SINGLETARY; et al.
v.
CITY OF PHILADELPHIA;
POLICE OFFICER ROBERT SCHUTTE;
POLICE OFFICER MICHAEL NAVEDO;
POLICE OFFICER JENNIFER GRESHAM;
POLICE OFFICER OWEN SCHAEFFER; et al.

ROBERT SCHUTTE;
MICHAEL NAVEDO;
JENNIFER GRESHAM;
OWEN SCHAEFFER;
Appellants

| <u>Counsel for Appellants</u> | <u>Counsel for Appellees</u> |
|---|---|
| CRAIG GOTTLIEB | CHRISTOPHER MARKOS |
| (15 minutes per Court) | (15 minutes per Court) |

___

<u>No. 22-1193/ 22-1194/ 22-1195</u>

MYLAN INC & SUBSIDIARIES
v.
COMMISSIONER OF INTERNAL REVENUE;
Appellant

| <u>Counsel for Appellants</u> | <u>Counsel for Appellees</u> |
|---|---|
| CLINT A. CARPENTER | GREGORY G. GARRE |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE TWO – CONTINUED                          THURSDAY, JANUARY 12, 2023

Coram: JORDAN, PHIPPS and ROTH, Circuit Judges

No. 22-1005

BATTLE BORN MUNITIONS INC,
　　　　　Appellant
v.
DICKS SPORTING GOODS

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| JOHN M. SHOREMAN | JOHN C. HANSBERRY |
| (15 minutes per Court) | (15 minutes per Court) |

_____

S U B M I T T E D

No. 21-2006
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
ALTESE MOORE,
　　　　　Appellant

_____

No. 21-3086
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
KESHI IVES,
　　　　　Appellant

PAGE THREE – CONTINUED                THURSDAY, JANUARY 12, 2023

Coram: JORDAN, PHIPPS and ROTH, Circuit Judges

No. 22-1140
Pursuant to 3rd Cir. LAR 34.1(a)

THREE RIVERS HYDROPONICS LLC,
Appellant
v.
FLORISTS MUTUAL INSURANCE COMPANY; et al.